UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Javier L. Merino, Esq.
DannLaw
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Phone: 201-355-3440
Fax: 216-373-0536
notices@dannlaw.com

In Re:

Colleen B. Flanagan

Order Filed on July 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-13991

Chapter:  13

Judge:  KCF

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 3, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____April 11, 2018____ :

Property:    1314 Sunrise Ave. Point Pleasant Beach, NJ 08742

Creditor:    Selene Finance, LP

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____Debtor____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____Sept. 7, 2018____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2